UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Interlogic Outsourcing, Inc., *et al.*,<br>　　　　　　Debtors. | Case No. 20-00325<br>Chapter 11<br>Judge Scott W. Dales |
| Jones Law Office, LLC, *et al.*,<br>　　　　　　Plaintiffs,<br>v.<br>Interlogic Outsourcing, Inc., *et al.*,<br>　　　　　　Defendants. | Adversary Proceeding No. 20-80015-swd |

**RULE 26(f) REPORT**

COME NOW the Parties, by counsel, and file this report of the Federal Rule of Civil Procedure 26(f) conference that took place on February 11, 2020. Present at the conference were attorneys from Jones Law Office LLC, Miller Canfield Paddock & Stone PLC, Paul Hastings LLP, Thompson Hine LLP, and Sanders Pianowski LLP, counsel for all parties to this matter.

Counsel discussed the Order of January 31, 2020 (Doc #42), and agreed, subject to this Court's approval, that the issues regarding discovery and resolution of this adversary proceeding should be continued until the Court determines the outcome of the pending Motion to Abstain and Remand (Doc # 13). The parties will submit a stipulation and order for this Court's approval requesting that the issues regarding discovery and resolution of this adversary proceeding be stayed until the Court determines the outcome of the Motion to Abstain and Remand.

Respectfully submitted,

Dated: February 28, 2020

| **JONES LAW OFFICE LLC** | **PAUL HASTINGS LLP** |
|---|---|
| /s/ Andrew B. Jones | /s/ Matthew M. Murphy |

1

| | |
|---|---|
| Andrew B. Jones, 29686-71<br>Attorneys for Plaintiff<br>205 W. Jefferson Blvd., Ste. 200<br>South Bend, IN 46601<br>(574) 239-7017<br>andrew@attorney-jones.com | Matthew M. Murphy<br>Attorneys for Interlogic Outsourcing, Inc., Daniel Wikel, Timothy Daileader, A. Robert O'Brien, and Paul Witek[1]<br>71 South Wacker Drive, Suite 4500<br>Chicago, IL   60606<br>Phone: 312-499-6000<br>Fax: 312-499-6100<br>mattmurphy@paulhastings.com |
| **THOMPSON HINE LLP**<br><br>/s/ Curtis L. Tuggle<br>Curtis L. Tuggle (Ohio Bar No. 78263)<br>*Admitted Pro Hac Vice*<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH  44114<br>Telephone: 216-566-5500<br>Fax:  216-566-5800<br>alan.lepene@thompsonhine.com<br>curtis.tuggle@thompsonhine.com<br><br>**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**<br><br>/s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 W. Jefferson Avenue, Suite 2500<br>Detroit, MI  48226<br>Telephone:  313-496-7591<br>Fax:  313-496-8452<br>swansonm@millercanfield.com<br><br>*Attorneys for KeyBank National Association* | **SANDERS PIANOWSKI, LLP**<br><br>/s/ Bradford R. Shively<br>Bradford R. Shively<br>Sanders Pianowski, LLC<br>300 Riverwalk Drive<br>Elkhart, IN 46516<br>574-294-1499<br>Attorneys for Defendants Paul McCormick, Chuck Tiebout |

---

[1] Paul Hastings is representing the individual defendants listed in its signature block solely for preliminary scheduling and administrative matters and, at the appropriate time, these individuals will retain independent counsel.