UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | |
|---|---|
| In re: INTERLOGIC OUTSOURCING, INC., *et al.*, | Case No. 20-00325-swd |
| Debtors. | Chapter 11 |
| | Adversary Proceeding No. 20-80015-swd |
| JONES LAW OFFICE, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | |
| INTERLOGIC OUTSOURCING, INC., *et al.*, | |
| Defendants. | |

### ORDER APPROVING STIPULATION FOR THE ENTRY OF AN ORDER STAYING THIS ADVERSARY PROCEEDING

Upon the *Stipulation for the Entry of an Order Staying this Adversary Proceeding*, and the Court being fully advised in the premises,

IT IS ORDERED THAT all hearings, deadlines, and discovery related to the claims and issues that are the subject of this adversary proceeding are stayed until **January 31, 2021.**

Signed: November 12, 2020



Hon. Daniel S. Opperman
United States Bankruptcy Judge